FILED

06/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0547

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0547

STATE OF MONTANA,

Plaintiff and Appellee,

v.

BEAU HERMAN MILLER,

Defendant and Appellant.

**ORDER**

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including July 13, 2021, within which to prepare, serve, and file its response brief.

CMF

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
June 9 2021